**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS RIOS,<br><br>    Plaintiff<br><br>v.<br><br>GRIFFEN, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01184-APG-BNW<br><br>**Order Granting Motion to Remove Defendant**<br><br>[ECF No. 34] |

I ORDER that plaintiff Thomas Rios's motion to remove a defendant (ECF No. 34) is GRANTED. Plaintiff Thomas Rios's claims against defendant Lt. Spiec are voluntarily dismissed. The clerk of court is instructed to terminate Lt. Spiec as a defendant in this case.

DATED this 4th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE