AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
Email: jhendrickson@ag.nv.gov

*Attorneys for Defendants*
*Jonathan Griffin, Malique Lyons*
*Marc Sydiongco and Patrick Moreda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RIOS,<br><br>            Plaintiff,<br><br>vs.<br><br>OFFICER GRIFFEN, *et al.*,<br><br>            Defendants. | Case No.  2:24-cv-01184-APG-BNW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  BACKGROUND

On Sunday, August 24, 2025, the State of Nevada was targeted as part of a sophisticated cyberattack which rendered much of the states cyber infrastructure disabled for over a month. As a result, State employees, including staff at the Office of the Attorney General (OAG) and the Nevada Department of Corrections (NDOC), had limited access to files saved in their network from August 24, 2025, to September 29, 2025.

Defendants intend on filing a motion for summary judgment (MSJ) in this matter. However, as a consequence of the cyberattack, the OAG has incurred a severe backlog of

work. Additionally, undersigned Counsel has received multiple emergency filings this week that require responses to motions for injunctive relief by late October, and Counsel has multiple dispositive motions due in early November. Accordingly, Defendants will not be able to file their MSJ by the current deadline, which is set for October 29, 2025.

Therefore, Defendants respectfully request a thirty-day extension or until **November 28, 2025**, to file their MSJ.

## II. LEGAL STANDARD

Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect.

## III. REASON FOR EXTENTION

Good cause is present to extend the MSJ deadline for Defendants. Due to the cyberattack on the state, leaving Defendants unable to access their files for over a month, created a severe backlog of work for the OAG. Additionally, undersigned Counsel has multiple dispositive motions coming due in early November as well as multiple emergency

///

1 responses to motions for injunctive relief in late October. As such, Defendants respectfully
2 request a thirty-day extension or until (**November 28, 2025)** to file their MSJ.

## IV.  CONCLUSION

Defendants respectfully request this Court extend the deadline for Defendants' MSJ. Defendant asserts that requisite good cause is present to warrant an extension of time. The request is timely. Therefore, the Defendants request additional time, up until **November 28, 2025**, to file their MSJ in this matter.

DATED this 10th day of October 2025.

                                            AARON D. FORD
                                            Attorney General

By:   */s/ Jamie S. Hendrickson*
       JAMIE S. HENDRICKSON (Bar No. 12770)
       Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: October 14, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE