**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS RIOS,<br>Plaintiff<br>v.<br>OFFICER GRIFFEN, et al.,<br>Defendants | Case No.: 2:24-cv-01184-APG-BNW<br>**ORDER REGARDING DEFENDANTS' EXHIBIT** |

The defendants certify that Exhibit I attached to ECF No. 46 is a true and correct copy of Administrative Regulation 740, effective April 28, 2022. ECF No. 46-9 at 4. Exhibit I is instead a Declaration of Kenneth Williams, M.D. ECF No. 46-8. If the defendants want me to consider Administrative Regulation 740, effective April 28, 2022, they must properly submit it by October 9, 2026.

DATED this 30th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE